| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
International Shoppes, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
20-8270668

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1701 Park Center Drive Suite 200 Orlando, FL 32835** | **PO Box 729 Windermere, FL 34786** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | Location of principal assets, if different from principal place of business |
| County | **5600-5752 International Drive Orlando, FL 32819** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
N/A

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **International Shoppes, LLC**                                    Case number (*if known*)
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | **Middle District of Florida, Orlando Division** | When | **10/21/10** | Case number | **6:10-bk-18809-ABB** |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor **International Shoppes, LLC**　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
　　Contact name _____
　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **International Shoppes, LLC**  Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 4, 2017**
             MM / DD / YYYY

X **/s/ Abdul Mathin**                                    **Abdul Mathin**
  Signature of authorized representative of debtor          Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ David R. McFarlin**                               Date **December 4, 2017**
  Signature of attorney for debtor                              MM / DD / YYYY

**David R. McFarlin**
Printed name

**Fisher Rushmer, P.A.**
Firm name

**390 North Orange Avenue**
**Suite 2200**
**Orlando, FL 32801-1642**
Number, Street, City, State & ZIP Code

Contact phone  **407-843-2111**       Email address  **dmcfarlin@fisherlawfirm.com**

**328855**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __International Shoppes, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 4, 2017__     X __/s/ Abdul Mathin__
Signature of individual signing on behalf of debtor

**Abdul Mathin**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name   **International Shoppes, LLC**
United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B & V Refrigeration Inc<br>513 N Virginia Ave<br>Winter Park, FL 32789 | | Shopping center located at 5600-5752 International Drive, Orlando, FL 32819<br>APN: 30-23-29-2900-00-010 | Disputed | $17,091.13 | $6,682,727.00 | $17,091.13 |
| Bank of the Ozarks<br>PO Box 196<br>Ozark, AR 72949 | | Loan | Disputed | | | $4,393,325.55 |
| Boot Barn, Inc<br>15345 Barranca Parkway<br>Irvine, CA 92618 | | Tenant improvements | Disputed | | | $304,500.00 |
| C&C Marble Design, Inc<br>dba C&C Marble & Granite<br>4333 Silver Star Road<br>Orlando, FL 32808 | | Shopping center located at 5600-5752 International Drive, Orlando, FL 32819<br>APN: 30-23-29-2900-00-010 | Disputed | $10,623.35 | $6,682,727.00 | $10,623.35 |
| Carr Law Firm, P.A.<br>Attn: Peter F. Carr, Jr.<br>203 E Livingston Street<br>Orlando, FL 32801 | | Attorney fees | | | | $15,273.39 |
| CBRE, Inc<br>321 N Clark Street<br>34th Floor<br>Chicago, IL 60654 | | Commission fees | Disputed | | | $120,179.60 |

Debtor **International Shoppes, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CFL Construction Walls Inc**  **Attn: Manuel Quilli**  **PO Box 620815**  **Orlando, FL 32862** | | **Shopping center located at 5600-5752 International Drive, Orlando, FL 32819**  **APN: 30-23-29-2900-00-010** | **Disputed** | **$19,859.00** | **$6,682,727.00** | **$19,859.00** |
| **Elizon DB Transfer Agent LLC**  **53 Forest Avenue Suite 301**  **Old Greenwich, CT 06870** | | **Shopping center located at 5600-5752 International Drive, Orlando, FL 32819**  **APN: 30-23-29-2900-00-010** | | **$14,350,000.00** | **$6,682,727.00** | **$7,667,273.00** |
| **Halloween Megastore, Inc**  **154 N Nova Road**  **Daytona Beach, FL 32114** | | **Refund of rent** | **Disputed** | | | **$53,300.00** |
| **Orange County Tax Collector**  **Attn: Scott Randolph**  **PO Box 545100**  **Orlando, FL 32854** | | **Shopping center located at 5600-5752 International Drive, Orlando, FL 32819**  **APN: 30-23-29-2900-00-010** | | **$144,500.85** | **$6,682,727.00** | **$144,500.85** |
| **Prescient Capital Partners**  **440 Wells Street Suite 200**  **Delafield, WI 53018** | | **Loan broker** | **Disputed** | **Unknown** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Middle District of Florida

In re  **International Shoppes, LLC**                                     Case No.
                                Debtor(s)                                 Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 4, 2017**                    **/s/ Abdul Mathin**
                                               **Abdul Mathin**/**Chief Restructuring Officer**
                                               Signer/Title

International Shoppes, LLC
PO Box 729
Windermere, FL 34786

Bank of the Ozarks
PO Box 196
Ozark, AR 72949

Elizon DB Transfer Agent LLC
53 Forest Avenue
Suite 301
Old Greenwich, CT 06870

David R. McFarlin
Fisher Rushmer, P.A.
390 North Orange Avenue
Suite 2200
Orlando, FL 32801-1642

BlackMINE Property Mgmt
PO Box 729
Windermere, FL 34786

Halloween Megastore, Inc
154 N Nova Road
Daytona Beach, FL 32114

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Boot Barn, Inc
15345 Barranca Parkway
Irvine, CA 92618

Nuzhat Mathin
5012 Latrobe Drive
Windermere, FL 34786

Florida Dept. of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

C&C Marble Design, Inc
dba C&C Marble & Granite
4333 Silver Star Road
Orlando, FL 32808

Optima, L.L.C.
PO Box 729
Windermere, FL 34786

Abdul Mathin
5012 Latrobe Drive
Windermere, FL 34786

C1 Bank
100 5th Street South
Saint Petersburg, FL 33701

Orange County Tax Collector
Attn: Scott Randolph
PO Box 545100
Orlando, FL 32854

ANAA Holdings I, LLC
PO Box 729
Windermere, FL 34786-3000

Carr Law Firm, P.A.
Attn: Peter F. Carr, Jr.
203 E Livingston Street
Orlando, FL 32801

Prescient Capital Partners
440 Wells Street
Suite 200
Delafield, WI 53018

ANAA Holdings IV, LLC
5012 Latrobe Drive
Windermere, FL 34786

CBRE, Inc
321 N Clark Street
34th Floor
Chicago, IL 60654

SF IV Bridge IV, LP
767 Fifth Ave
121st Floor
New York, NY 10153

Avenue Shoppes, LLC
PO Box 729
Windermere, FL 34786

CFL Construction Walls Inc
Attn: Manuel Quilli
PO Box 620815
Orlando, FL 32862

The BlackMINE Group, LLC
PO Box 729
Windermere, FL 34786

B & V Refrigeration Inc
513 N Virginia Ave
Winter Park, FL 32789

EF Edgewood SBC 2016-1 LLC
c/o Edgewood Capital Advisor
250 Pequot Avenue
Southport, CT 06890

**United States Bankruptcy Court**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re   **International Shoppes, LLC**　　　　　　　　　　　　　Case No.   **6:17-bk-**_____
　　　　　　　　　　　　　　　　　　　Debtor.　　　　　　　　　Chapter   **11**_____

## CORPORATE OWNERSHIP STATEMENT

International Shoppes, LLC, debtor, pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, states that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

**ANAA Holdings III, LLC**
**1803 Park Center Drive**
**Suite 200**
**Orlando, FL 32835**

☐ None [*Check if applicable*]

　　　　　　　　　　　　　　　　　　　　　　　　　　　INTERNATIONAL SHOPPES, LLC

12/4/2017　　　　　　　　　　　　　　　　　　　　　By: _____
Date　　　　　　　　　　　　　　　　　　　　　　　　　Abdul Mathin, Chief Restructuring Officer